UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| ABDUL WASAE, | CASE NO. C24-1714-KKE |
|---|---|
| Plaintiff(s), | ORDER GRANTING STIPULATED MOTION TO EXTEND BRIEFING DEADLINES |
| v. | |
| ANTONY J BLINKEN, et al., | |
| Defendant(s). | |

This matter comes before the Court on the parties' stipulated motion to extend the deadline to respond to Defendants' motion to dismiss. Dkt. No. 12. The Court finds good cause to extend the deadlines and orders:

- Plaintiff shall file a response to the pending motion to dismiss (Dkt. No. 9) by March 14, 2025.

- Defendants shall file any reply by March 21, 2025.

- The Clerk shall re-note the motion (Dkt. No. 9) for March 21, 2025.

Dated this 11th day of February, 2025.

Kymberly K. Evanson
United States District Judge

ORDER GRANTING STIPULATED MOTION TO EXTEND BRIEFING DEADLINES - 1